IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| Christopher Bush and David Bush, | ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2:07-cv-4936 |
| v | ) ) | |
| Kenneth Hill, Steven J. Ignatz, Sergeant Tripp, | ) ) ) | (Pending in the United States District Court for the Eastern District of Pennsylvania before |
| Defendants | ) ) | the Honorable Mary A. McLaughlin) |

## ORDER

AND NOW, this _____ day of _____, 2010, upon consideration of the Motion to Quash the Subpoena *Duces Tecum* of Isara Isabella Serene, the Motion to Quash is granted. Plaintiffs are ordered to pay the Movant's reasonable costs and attorney fees associated with this motion.

BY THE COURT:

_____
J.