```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683008333
Cashier ID: lbreeden
Transaction Date: 05/18/2010
Payer Name: TRIQUETRA LAW
-------------------------------------
MISCELLANEOUS PAPERS
 For: BUSH v. HILL MOTION TO QUASH
 Amount:        $39.00
-------------------------------------
CHECK
 Check/Money Order Num: 1844
 Amt Tendered: $39.00
-------------------------------------
Total Due:      $39.00
Total Tendered: $39.00
Change Amt:      $0.00

#3:10-MC-008

BUSH v. HILL - MOTION TO QUASH
```

Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 14683060336
Cashier ID: lbreuer
Transaction Date: 05/18/2010
Payer Name: TRIBUZIO LAW
-----------------------------------------
MISCELLANEOUS PAPERS
For: BUSH v. HILL MOTION TO QUASH
       Amount:         $39.00
-----------------------------------------
CHECK
Check/Money Order Num: 1546
       Amt Tendered:    $39.00
-----------------------------------------
Total Due:         $39.00
Total Tendered:    $39.00
Change Amt:        $0.00

3:10-MC-008

BUSH v. HILL - MOTION TO QUASH