IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Christopher Bush and David Bush, | 3:10-mc-00008 |
| Plaintiffs, | (The Honorable James R. Spencer) |
| | Civil Action No. 2:07-cv-4936 |
| v | |
| Kenneth Hill, | (Pending in the |
| Steven J. Ignatz,, | United States District Court for the |
| Sergeant Tripp, | Eastern District of Pennsylvania before |
| Defendants | the |
| | Honorable Mary A. McLaughlin |

### MOTION & MEMORANDUM TO STAY THE DEPOSITION OF ISARA ISABELLA SERENE

**AND NOW COMES** Isara Isabella Serene, Pursuant to Federal Rule of Civil Procedure 45(c)(3), Isara Isabella Serene ("Serene"), through her undersigned attorneys, respectfully moves this Court to Stay the Deposition and Subpoena Duces Tecum issued to Isara Isabella Serene pending the outcome of the Motion to Quash filed with this Court and in support thereof states the following:

1. Plaintiffs filed the above-captioned case in the Eastern District of Pennsylvania on November 26, 2007, now docketed as 07-cv-4936 and set before the Honorable Mary A. McLaughlin.

2. Plaintiffs' issued a subpoena *duces tecum* for Serene to testify and bring certain private and confidential documents with her for inspection to a deposition scheduled for May 21, 2010.

3. Serene objected subpoena *duces tecum* because it is intrusive and unduly burdensome on Serene.

4. Serene conferred with Plaintiffs' Counsel to resolve objection but was unable to reach an agreement.

5. Serene filed a Motion to Quash the Subpoena *duces tecum* on May 18, 2010, with the issuing court, the United States District Court for the Eastern District of Virginia.

6. Serene, by and through her counsel, contacted Plaintiffs' counsel requesting that Plaintiffs concur on a stay of the deposition pending the disposition of the Motion to Quash.

7. Plaintiffs' Counsel refused to stay the deposition and threatened sanctions.

**WHEREFORE**, Serene respectfully requests that the Court issue an Order Staying Serene's Deposition pending the outcome of the Motion to Quash Plaintiffs' subpoena *duces tecum*.

Respectfully Submitted,

Isara Isabella Serene
By Counsel

s/ Steven D. Rosenfield    Steven D. Rosenfield, VSB #16539
Attorney at Law
913 E. Jefferson Street
Charlottesville, Virginia 22902
Tel. (434)984-0300
Fax (434)220-4852
attyrosen@aol.com

Counsel for Deponent
Isabella Serene

By: _____

Sharon R. López, Esquire, PA Attorney ID 70605
Lopez@TriquetraLaw.com
35 E. Orange St. Suite 301
Lancaster, PA 17602
717-299-6300 phone
717-299-6338 fax
Lopez@TriquetraLaw.com
Application Pro Hac Vice Pending

## CERTIFICATE OF SERVICE

     I hereby certify that on this 19th day of May, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) and by regular first class mail to the following:

| | |
|---|---|
| Brian Puricelli, Esquire | Randall J. Henzes, Esquire |
| Law Office of Brian Puricelli | Deputy Attorney General |
| 691 Washington Crossing Road | Office of Attorney General |
| Newtown, PA 18940 | 21 South 12th Street, 3rd Floor |
| (215) 504-8115 (tel.) | Philadelphia, PA 19107 |
| puricellib@verizon.net | (215) 560-2136 (tel.) |
| Counsel for the Plaintiffs | (215) 560-1031 (fax.) |
| | rhenzes@attorneygeneral.gov |
| | Counsel for the Defendants |

                                            Counsel for Deponent
                                            Isabella Isara Serene


                                            s/ Steven D. Rosenfield
                                            Steven D. Rosenfield  (VSB No. 16539)
                                            **ROSENFIELD LAW OFFICES**
                                            Charlottesville, VA 22902-5355
                                            Tel. (434) 984-0300
                                            Fax (434) 220-4852
                                            attyrosen@aol.com

                                            Sharon R. López
                                            **TRIQUETRA LAW ®**
                                            The Offices at Marion Court
                                            Lancaster, PA 17602
                                            Lopez@TriquetraLaw.com

                                            Counsel for Deponent
                                            Isabella Isara Serene
                                            Application Pro Hac Vice Pending