UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| CHRISTOPHER BUSH and DAVID BUSH, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH HILL et al., <br><br> Defendants. | Action No. 3:10-MC-00008 |

## ORDER

THIS MATTER is before the Court on a Motion to Stay the deposition of Isara Isabelle Serene and the enforcement of a subpoena duces tecum compelling her to appear with certain documents. (Doc. No. 5.) Serene seeks to stay these proceedings while the Court resolves her pending Motion to Quash the deposition and subpoena.

It is the conclusion of the Court that the Motion to Quash should be resolved before any further discovery is taken from Serene. Thus, the Motion to Stay is GRANTED. Serene is under no obligation to attend the deposition or respond to the outstanding subpoena until the pending Motion to Quash is resolved. The parties SHALL CONTACT the Court to schedule a hearing on that Motion at their earliest convenience.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

ENTERED this 19th day of May 2010